IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **13-cv-2780-AP**

**In re: LEONID SHIFRIN**

       Debtor.

**GLASGOW, INC. DBA COLONIAL FINANCIAL, INC.,**
**SOFIA SHIFRIN,**
**QUILLY SHIFRIN, and**
**MARK SHIFRIN,**

       Appellants,

v.

**HARVEY SENDER, AS CHAPTER 7 TRUSTEE,**

       Appellee.

## ORDER

Kane, J.

In light of Appellants' failure to respond to Appellee's Motion to Dismiss Appeal (doc. #14), filed November 4, 2013, the motion is deemed CONFESSED and this appeal is DISMISSED.

Dated this 23rd day of December, 2013.

                                                   BY THE COURT:

                                                   *s/John L. Kane*
                                                   John L. Kane, Senior Judge
                                                   United States District Court